# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146736

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

            SC:  146736
            COA:  311331
            Berrien CC:  2011-015400-FC

IVERY CHRISTOPHER CROSS, III,
            Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the January 2, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



s0520

                    Clerk